IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 3 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NAM THAI, As Next Friend of LOAN THAI, Minor Child of Germanie Thai, Deceased | * * * |
| LUZ GLORIA MAHECHA DE BERRETO, As Next Friend of CAMILLA MARIA VALENTINO MEDELLIN, Minor Child of David Luis Felipe Medellin, Deceased, and As Personal Representative Representative of the ESTATE OF DAVID LUIS FELIPE MEDELLIN | * * * * * * * |
| NORRISON FABER ZAPATA, Individually And As Next Friend of STEFANIA ZAPATA And SANTIAGO ZAPATA, Minor Children Of Claudia Rodriguez-Marin, Deceased And As Personal Representative of the ESTATE OF CLAUDIA RODRIGUEZ-MARIN | *CIVIL ACTION NO. B-02-083 * * * * * * |
| VS. | * * |
| ESTATE OF MAURICIO PONCE GUTIERREZ, CON-WAY TRANSPORTATION SERVICES, INC., d/b/a CON-WAY SOUTHERN EXPRESS, And KYOTTO DERON KEENAN | * * * * |

## PLAINTIFFS' NOTICE OF JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES, Plaintiffs in the above entitled cause and pursuant to Rule 38B of the Federal Rules of Civil Procedure hereby files their demand for jury.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, LLP

By: _____
Joseph A. (Tony) Rodriguez
Texas State Bar No. 17146600
Southern District of Texas Bar No. 10107
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

ATTORNEYS FOR PLAINTIFFS

PAGE 1

## CERTIFICATE OF CONFERENCE

Plaintiffs counsel has communicated with counsel for the Estate of Mauricio Ponce Gutierrez. He advised he has no objection. Additional contact was made with counsel for Con-Way Transportation Services, Inc. d/b/a Con-Way Southern Express, and advises that he had to discuss with his client.

JOSEPH A. "TONY" RODRIGUEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon opposing counsel, to-wit:

Larry W. Lawrence, Jr.
Lawrence Law Firm
One Park Place, Suite 680
McAllen, Texas 78503

Edward F. Valdespino
Strasburger & Price, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715

Mr. Birger Greg Bacino
Mr. Richard P. Verlasky
3033 Fifth Avenue., Suite 301
San Diego, Ca 92103

Mr. Dick James
611 North Main Street
Greenville, SC 29601

Mr. B. Allen Clardy, Jr.
Mr. William A. Jordan
667 N. Academy Street
Greenville, SC 29601

Mr. D. Craig Olivier
Mr. Dennis R. Mundy
Olivier & Mundy, L.L.P.
1414 W. Clay
Houston, Texas 77019

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 30th day of April, 2002.

_____
Joseph A. (Tony) Rodriguez