IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NAM THAI, As Next Friend of LOAN THAI, Minor Child of Germanie Thai, Deceased | * * * | United States District Court Southern District of Texas FILED |
| LUZ GLORIA MAHECHA DE BERRETO, As Next Friend of CAMILLA MARIA VALENTINO MEDELLIN, Minor Child of David Luis Felipe Medellin, Deceased, and As Personal Representative Representative of the ESTATE OF DAVID LUIS FELIPE MEDELLIN | * * * * * * * | MAY 0 9 2002<br><br>Michael N. Milby<br>Clerk of Court |
| NORRISON FABER ZAPATA, Individually And As Next Friend of STEFANIA ZAPATA And SANTIAGO ZAPATA, Minor Children Of Claudia Rodriguez-Marin, Deceased And As Personal Representative of the ESTATE OF CLAUDIA RODRIGUEZ-MARIN | * * * * * * | *CIVIL ACTION NO. B-02-083 |
| VS. | * * | |
| ESTATE OF MAURICIO PONCE GUTIERREZ, CON-WAY TRANSPORTATION SERVICES, INC., d/b/a CON-WAY SOUTHERN EXPRESS, And KYOTTO DERON KEENAN | * * * * | |

**PLAINTIFFS' DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES**

Pursuant to Paragraph 2 of the Order of Conference recently received, Plaintiffs state that other than the named parties, and possibly the names of unknown insurance carriers, they are not aware of any entities that are financially interested in this litigation.

Respectfully submitted,

**RODRIGUEZ, COLVIN & CHANEY, LLP**

By: _____
Joseph A. (Tony) Rodriguez
Texas State Bar No. 17146600
Southern District of Texas Bar No. 10107
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

PAGE 1

Dick James
South Carolina Bar No. 008535
611 North Main Street
Greenville, SC 29601
PHONE: (800) 988-9898
FAX:    (864) 298-0057

B. Allen Clardy, Jr.
South Carolina Bar No. 8853
William A. Jordan
South Carolina Bar No. 3226
667 N. Academy Street
Greenville, SC 29601
PHONE: (864) 235-0147
FAX (864) 467-9349

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon opposing counsel, to-wit:

Larry W. Lawrence, Jr.
Lawrence Law Firm
One Park Place, Suite 680
McAllen, Texas 78503

Edward F. Valdespino
Strasburger & Price, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715

Ernesto Gamez, Jr.
Law Offices of Ernesto Gamez, Jr., P.C.
777 East Harrison
Brownsville, Texas 78520

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the ___ day of May, 2002.

Joseph A. (Tony) Rodriguez