

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 17 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NAM THAI, As Next Friend of LOAN THAI, Minor Child of Germanie Thai, Deceased | |
| LUZ GLORIA MAHECHA DE BERRETO, As Next Friend of CAMILLA MARIA VALENTINO MEDELLIN, Minor Child of David Luis Felipe Medellin, Deceased, and As Personal Representative Representative of the ESTATE OF DAVID LUIS FELIPE MEDELLIN | |
| NORRISON FABER ZAPATA, Individually And As Next Friend of STEFANIA ZAPATA And SANTIAGO ZAPATA, Minor Children Of Claudia Rodriguez-Marin, Deceased And As Personal Representative of the ESTATE OF CLAUDIA RODRIGUEZ-MARIN **PLAINTIFFS** | CIVIL ACTION NO. B-02-083  **JURY DEMANDED** |
| KIEUH OANH LAM and THONG LAM, Individually and as Personal Representative Of the Estate of SON T. LAM, Deceased, and BOUNMA THAMMA VONG, Individually and As Next Friend of DANNY NGUYEN and ALEX THAMMA VONG, Minor Children of VAHN THAMMA VONG, Deceased and As Personal Representative of the ESTATE OF VAHN THAMMA VONG and NOY KHOUNSAVANH, Individually and As Next Friend of MALDINI KHOUNSAVANH, Minor Children of GERMANIE THAI, Deceased **INTERVENORS** | |
| VS. | |
| ESTATE OF MAURICIO PONCE GUTIERREZ, CON-WAY TRANSPORTATION SERVICES, INC., d/b/a CON-WAY SOUTHERN EXPRESS, And KYOTTO DERON KEENAN | |

**PLAINTIFFS' AND INTERVENORS' AMENDED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANT CON-WAY'S OPPOSED MOTION TO TRANSFER VENUE OR TO DISMISS, SUBJECT TO MOTION TO REMAND**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE TAGLE:

COME NOW, without waiving and/or subject to their yet to be filed Motion to Remand, Plaintiffs, Nam Thai, as next friend of Loan Thai, Luz Gloria Mahecha De Berreto, as next friend of Camilla Maria Vanentino Medellin, and as personal representative of the Estate of David Luis Felipe Medellin, and Norrison Faber Zapata, Individually and as next friend of Stefania Zapata and Santiago Zapata, and as Representative of the Estate of Claudia Robriquea-Marin, and Intervenors Kieuh Oanh Lam and Thong Lam, Individually and as Personal Representative Of the Estate of Son T. Lam, Deceased, and Bounma Thamma Vong, Individually and As Next Friend of Danny Nguyen and Alex Thamma Vong, Minor Children of Vahn Thamma Vong, Deceased and As Personal Representative of the Estate Of Vahn Thamma Vong and Noy Khounsavanh, Individually and As Next Friend of Maldini Khounsavanh, Minor Children of Germanie Thai, Deceased and move for an extension of time as follows:

1. Defendant Con-Way removed this action on or about April 24, 2002. Contemporaneously, Con-Way filed an Opposed Motion to Transfer Venue, or to Dismiss. Plaintiffs' and Intervenors intend to file a Motion to Remand, which can be made within thirty (30) days of removal. This time has not yet elapsed. However, local rules of the Southern District require that responses to opposed motions (such as Con-Way's Venue Motion) be made within twenty (20) days of submission.

2. Plaintiffs and Intervenors ask for an extension of time to file their responses to the Opposed Motion to Transfer Venue or to Dismiss until after they have filed their Motion to Remand. The initial pretrial conference has been set for August 26, 2002 at 3:00 p.m. Plaintiffs request that they be given until August 6, 2002, to respond to the Opposed Motion to Transfer Venue or to Dismiss.

3. Such an extension will permit the remand issues to be properly filed and of record for the Court's consideration. Such an extension will not otherwise delay the cause since the requested extension of August 6 is well before the initial pretrial conference.

4. Plaintiffs and Intervenors ask for any other relief that the Court deems just.

See Local Rule 7.8

Respectfully submitted,

**RODRIGUEZ, COLVIN & CHANEY, LLP**

By: *Joseph A. Rodriguez* by permission
Joseph A. (Tony) Rodriguez
Federal Bar No. 10107
Texas State Bar No. 17146600
Post Office Box 2155
Brownsville, Texas 78522
Telephone:   (956)542-7441
Facsimile:    (956) 541-2170

Dick James
South Carolina Bar No. 008535
611 North Main Street
Greenville, SC 29601
PHONE: (800) 988-9898
FAX:    (864) 298-0057

B. Allen Clardy, Jr.
South Carolina Bar No. 8853
William A. Jordan
South Carolina Bar No.3226
667 N. Academy Street
Greenville, SC 29601
PHONE: (864) 235-0147
FAX (864) 467-9349

ATTORNEYS FOR PLAINTIFFS AND INTERVENORS

## CERTIFICATE OF CONFERENCE

I certify that a conference with counsel, Larry Lawrence, for the Estate of Mauricio Ponce has been held and he has no objection to the filing of this Motion. I attempted to contact counsel for Kyoto Keenan and Con-Way Southern Express; however, he has not returned my call.

_____
Joseph A. (Tony) Rodriguez

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon opposing counsel, to-wit:

Larry W. Lawrence, Jr.
Lawrence Law Firm
One Park Place, Suite 680
McAllen, Texas 78503

Edward F. Valdespino
Strasburger & Price, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715

Ernesto Gamez, Jr.

Law Offices of Ernesto Gamez, Jr., P.C.

777 East Harrison

Brownsville, Texas 78520


by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the __17__ day of May, 2002.

_____
Joseph A. (Tony) Rodriguez