IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NAM THAI, As Next Friend of LOAN THAI, Minor Child of Germanie Thai, Deceased<br>     Plaintiffs<br><br>LUZ GLORIA MAHECHA DE BERRETO, As Next Friend of CAMILLA MARIA VALENTINO MEDELLIN, Minor Child of David Luis Felipe Medellin, Deceased, and As Personal Representative of the ESTATE OF DAVID LUIS FELIPE MEDELLIN<br>     Plaintiffs<br><br>NORRISON FABER ZAPATA, Individually and As Next Friend of STEFANIA ZAPATA and SANTIAGO ZAPATA, Minor Children of Claudia Rodriguez-Marin, Deceased and As Personal Representative of the ESTATE OF CLAUDIA RODRIGUEZ-MARIN<br>     Plaintiffs<br><br>KIEU OANH LAM and THONG LAM, Individually and as Personal Representative of the Estate of SON T. LAM, Deceased, and BOUNMA THAMMAVONG, Individually and as Next Friend of DANNY NGUYEN and ALEX THAMMAVONG, Minor Children of VAHN THAMMAVONG, Deceased and As Personal Representative of the ESTATE OF VAN THAMMAVONG and NOY KHOUNSAVNH, Individually and as Next Friend of MALDINI KHOUNSAVANH, Minor Children of GERMANIE THAI, Deceased<br>     Intervenors<br><br>V.<br><br>ESTATE OF MAURICIO PONCE GUTIERREZ, CON-WAY TRANSPORTATION SERVICES, INC. d/b/a CON-WAY SOUTHERN EXPRESS, and KYOTTO DERON KEENAN<br>     Defendants | CIVIL ACTION<br><br>NO. B-02-083 |

**DEFENDANT CON-WAY TRANSPORTATION SERVICES, INC.'S
RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO REPLY TO
DEFENDANT CON-WAY'S PROPOSED MOTION TO TRANSFER VENUE OR TO
DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT TAGLE:

COMES NOW Defendant CON-WAY TRANSPORTATION SERVICES, INC. ("CON-WAY") and does file this its Response to Plaintiffs' Motion for Extension of Time to Reply to Defendant Con-Way's Proposed Motion to Transfer Venue or to Dismiss, and would respectfully state as follows:

**I.**

Defendant CON-WAY opposes Plaintiffs' Motion for Extension and would respectfully requests the Court require Plaintiffs to abide by the timetables set forth in the applicable Local Rules.

Respectfully submitted,

EDWARD F. VALDESPINO
State Bar No. 20424700
Southern District No. 14656
CYRUS F. REA
State Bar No. 00797291
Southern District No. 28567
STRASBURGER & PRICE, L.L.P.
300 Convent St., Suite 900
San Antonio, TX 78205
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

MARK S. SCUDDER
State Bar No. 17936300
STRASBURGER & PRICE, L.L.P.
901 Main St., Suite 4300
Dallas, TX 75202
Telephone: (214) 651-4300

Facsimile: (214) 651-4330

**COUNSEL FOR DEFENDANT
CON-WAY TRANSPORTATION SERVICES,
INC. d/b/a CON-WAY SOUTHERN EXPRESS,
AND DEFENDANT KYOTTO DERON
KEENAN, SUBJECT TO HIS SPECIAL
APPEARANCE**

## CERTIFICATE OF SERVICE

On the 30st day of May, 2002, a true and correct copy of the foregoing document has been forwarded via certified mail, return receipt requested, to:

Mr. Dick James
611 N. Main St.
Greenville, SC 29601

Mr. B. Allen Clardy, Jr.
Mr. William A. Jordan
667 N. Academy St.
Greenville, SC 29601

Mr. D. Craig Olivier
Mr. Dennis R. Mundy
Oliver & Mundy, L.L.P.
1414 W. Clay
Houston, TX 77019

Mr. Larry W. Lawrence, Jr.
Lawrence Law Firm
One Park Place, Suite 680
McAllen, TX 78503

Mr. Birger Greg Bacino
Mr. Richard P. Verlasky
3033 Fifth Avenue, Suite 301
San Diego, CA 92103

Joseph A. (Tony) Rodriguez
Rodriguez Colvin & Chaney, L.L.P.
P.O. Box 2155
Brownsville, TX 78522

Edward F. Valdespino
Cyrus F. Rea II