IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

JUN 0 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NAM THAI, As Next Friend of LOAN THAI, Minor Child of Germanie Thai, Deceased<br>    Plaintiffs | § § § § |
| LUZ GLORIA MAHECHA DE BERRETO, As Next Friend of CAMILLA MARIA VALENTINO MEDELLIN, Minor Child of David Luis Felipe Medellin, Deceased, and As Personal Representative of the ESTATE OF DAVID LUIS FELIPE MEDELLIN<br>    Plaintiffs | § § § § § § § § |
| NORRISON FABER ZAPATA, Individually and As Next Friend of STEFANIA ZAPATA and SANTIAGO ZAPATA, Minor Children of Claudia Rodriguez-Marin, Deceased and As Personal Representative of the ESTATE OF CLAUDIA RODRIGUEZ-MARIN<br>    Plaintiffs | § § § § § § § § § |
| KIEU OANH LAM and THONG LAM, Individually and as Personal Representative of the Estate of SON T. LAM, Deceased, and BOUNMA THAMMAVONG, Individually and as Next Friend of DANNY NGUYEN and ALEX THAMMAVONG, Minor Children of VAHN THAMMAVONG, Deceased and As Personal Representative of the ESTATE OF VAN THAMMAVONG and NOY KHOUNSAVNH, Individually and as Next Friend of MALDINI KHOUNSAVANH, Minor Children of GERMANIE THAI, Deceased<br>    Intervenors | § § § § § § § § § § § § § § § § § |
| V. | § § |
| ESTATE OF MAURICIO PONCE GUTIERREZ, CON-WAY TRANSPORTATION SERVICES, INC. d/b/a CON-WAY SOUTHERN EXPRESS, and KYOTTO DERON KEENAN<br>    Defendants | § § § § § § |

CIVIL ACTION

NO. B - 02 - 083

**DEFENDANT CON-WAY TRANSPORTATION SERVICES, INC.'S**
**OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Defendants CON-WAY TRANSPORTATION SERVICES, INC. ("CON-WAY") and KYOTTO DERON KEENAN, subject to his Special Appearance filed in the state court cause of action from which the present matter was removed, and do file their Opposed Motion for Extension of Time to Respond, and would respectfully state as follows:

### I.

On or about May 17, 2002, Defendant JUAN MARIA AGUILAR PEREZ, in her capacity as the Representative of the ESTATE-OF MAURICIO PONCE GUTIERREZ, filed a Motion to Remand. On the same date, Plaintiffs and Intervenors also filed a Motion to Remand.

According to Local Rules for the United States District Courts of Texas, Southern District, both Motions will be submitted to the Court on June 6, 2002. Any responses by any Defendants herein are required to be filed by June 6, 2002.

Certain witnesses and information necessary to fully respond to the Motions for Removal are currently unavailable; requiring Defendants to Respond to said Motions within twenty days will unduly prejudice Defendants CON-WAY and KEENAN.

### REQUEST FOR CONTINUANCE

It is within the interests of justice that Defendants CON-WAY and KEENAN and all other interested parties until August 6, 2002 to respond to Plaintiffs' and Intervenors' Motion to Remand and the Estate of Mauricio Ponce Gutierrez' Motion to Remand.

Such extensions will not otherwise delay the cause, since the requested extensions to August 6, 2002 is well before the initial pretrial conference, which has been set for August 26, 2002,

at 3:00 p.m. The Responses to the Motions to Remand will benefit from the additional time said continuance will afford the parties, and the parties will be able to conduct further investigation and fact-finding in order to clarify the appropriateness of federal jurisdiction over the present matter and the appropriateness of the matter's venue.

Respectfully submitted,

EDWARD F. VALDESPINO
State Bar No. 20424700
Southern District No. 14656
CYRUS F. REA
State Bar No. 00797291
Southern District No. 28567
STRASBURGER & PRICE, L.L.P.
300 Convent St., Suite 900
San Antonio, TX 78205
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

MARK S. SCUDDER
State Bar No. 17936300
STRASBURGER & PRICE, L.L.P.
901 Main St., Suite 4300
Dallas, TX 75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

**COUNSEL FOR DEFENDANT CON-WAY TRANSPORTATION SERVICES, INC. d/b/a CON-WAY SOUTHERN EXPRESS, AND DEFENDANT KYOTTO DERON KEENAN, SUBJECT TO HIS SPECIAL APPEARANCE**

**CERTIFICATE OF SERVICE**

On the ____ day of June, 2002, a true and correct copy of the foregoing document has been forwarded via overnight delivery, to:

Mr. Dick James
611 N. Main St.
Greenville, SC 29601

Mr. B. Allen Clardy, Jr.
Mr. William A. Jordan
667 N. Academy St.
Greenville, SC 29601

Mr. D. Craig Olivier
Mr. Dennis R. Mundy
Oliver & Mundy, L.L.P.
1414 W. Clay
Houston, TX 77019

Mr. Larry W. Lawrence, Jr.
Lawrence Law Firm
One Park Place, Suite 680
McAllen, TX 78503

Mr. Birger Greg Bacino
Mr. Richard P. Verlasky
3033 Fifth Avenue, Suite 301
San Diego, CA 92103

Mr. Joseph A. (Tony) Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, TX 78522

*Edward F. Valdespino*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that he has conferred with counsel for the Plaintiffs/Interveners by letter and, to date, have received no response.

*Edward F. Valdespino*